UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS, | No. 2:24-cv-1674-TLN-SCR |
| Plaintiff, | |
| v. | ORDER |
| NIKKI GUNTER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 19, 2024, this matter was referred to the post-screening ADR pilot project and was stayed. The settlement conference was conducted on April 10, 2025 and the case did not settle. As a result, the stay of this action is lifted. Defendant shall file a responsive pleading within thirty days.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted; and

2. Defendant shall file a responsive pleading within thirty days from the date of this order.

DATED: April 28, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE